FREDERICK E. KALKBRENNER, as Trustee under the Will of CARL H. A. WESCH, Respondent, *v.* MECHANICS' BANK, BROOKLYN, Appellant.

*Kalkbrenner* v. *Mechanics' Bank, Brooklyn,* 172 App. Div. ——, appeal dismissed.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 2, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term after a special verdict in an

action to recover a balance alleged to be on deposit in defendants' bank.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the verdict of the jury was supported by the evidence; that the exceptions were frivolous and that no appeal lay to the Court of Appeals.

*Nicholas Dietz* for motion.

*F. M. Tomlin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.